**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00456-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee

---

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08108

---

## ORDER

Before the Court is Matthew Paul Nickson's September 22, 2015 motion to withdraw and for a thirty day extension of the briefing deadline. We **GRANT** Mr. Nickson's request to withdraw and **DIRECT** the Clerk to remove him as counsel of record for appellants. Because corporations may only appear in this Court through an attorney, we **ORDER** appellants to notify the Court, within **THIRTY DAYS** of the date of this order, of new counsel's name, State Bar number, mailing and email addresses, and telephone and fax numbers. Until appellants retain counsel, all future communications to appellants regarding this appeal shall be sent to their authorized agent as follows:

Mr. Abraham Vaknin

99 Roberts Road
Englewood Cliffs, New Jersey 07632
(914) 260-3665.

We **GRANT** Mr. Nickson's extension request to the extent we suspend the briefing deadline. Once an appearance of counsel is made for appellants, a new deadline will be set for appellants' brief.

We caution appellants that failure to obtain counsel within the timeframe provided will result in dismissal of the appeal without further notice.

.

/s/    ELIZABETH LANG-MIERS
        JUSTICE